# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLOTTE GOMILLION                                                                                            PLAINTIFF

v.                                          NO. 4:13CV00281 JLH

UNIVERSITY OF ARKANSAS
BOARD OF TRUSTEES                                                                                              DEFENDANT

## ORDER

The defendant has filed a motion to dismiss Charlotte Gomillion's second amended complaint. The time for responding has expired, and no response has been filed. The Court hereby gives notice to the plaintiff, Charlotte Gomillion, that if she does not file a response to the motion to dismiss ***on or before January 17, 2014***, the Court will assume that the motion to dismiss is uncontested and will act accordingly.

IT IS SO ORDERED this 10th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE