IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLOTTE GOMILLION                                                                      PLAINTIFF

v.                                       NO. 4:13CV00281 JLH

UNIVERSITY OF ARKANSAS
BOARD OF TRUSTEES                                                                        DEFENDANT

## ORDER

Without objection, Charlotte Gomillion's motion for stay of proceedings is GRANTED. Document #46. This action is hereby stayed for a period of 90 days to enable Gomillion to seek counsel to represent her in this matter. The stay will be lifted when and if a lawyer enters an appearance as counsel for Gomillion. If, at the end of 90 days, no lawyer has entered an appearance as counsel for Gomillion, this action will be dismissed without prejudice.

IT IS SO ORDERED this 27th day of February, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE