**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLOTTE GOMILLION                                                                                           PLAINTIFF

v.                                                  NO. 4:13CV00281 JLH

UNIVERSITY OF ARKANSAS
BOARD OF TRUSTEES                                                                                           DEFENDANT

### ORDER

On February 26, 2014, Charlotte Gomillion moved for a stay of these proceedings to give her time to hire a lawyer, stating that she lacked the ability to litigate her case against experienced attorneys. Document #44. On February 27, 2014, the Court entered an Order granting Gomillion's motion. The Court stated in that Order that if, at the end of 90 days, no lawyer had entered an appearance as counsel for Gomillion, this action would be dismissed without prejudice. More than 90 days has passed since the Order was entered, and no lawyer has entered an appearance as counsel for Gomillion. Therefore, this action is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE